

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 11, 2013

**BY HAND DELIVERY**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/13
```

Re:   *ACLU v. DOJ*, No. 12 Civ. 7412 (WHP)

Dear Judge Pauley:



This Office represents the United States Department of Justice ("Government") in the above-referenced Freedom of Information Act ("FOIA") matter. We respectfully submit this letter jointly with Plaintiff the American Civil Liberties Union Foundation ("ACLU") to request that the Court hold a pre-motion conference in anticipation of the parties' submission of cross-motions for summary judgment at the initial pretrial conference scheduled for January 18, 2013 at 11:00 a.m. Alternatively, we ask that the Court waive its pre-motion conference requirement, adjourn the initial pretrial conference, and so order the mutually agreed proposed briefing schedule set forth below for the parties' summary judgment motions.

This matter concerns the ACLU's FOIA request submitted to the Federal Bureau of Investigation ("FBI") in 2012, seeking two memoranda. The FBI concluded that the two documents were created and maintained by the United States Department of Justice, Criminal Division ("DOJ-Criminal") and forwarded the FOIA Request to DOJ-Criminal for processing. On December 14, 2012, DOJ-Criminal released the two memoranda to ACLU with material redacted pursuant to 5 U.S.C. §§ 552(b)(5) and 552(b)(7)(E). The ACLU disputes that the redacted material was properly withheld pursuant to legitimate FOIA exemptions.

The parties believe that, as with most FOIA actions, this case can and should be decided through motions for summary judgment and without discovery. The parties have conferred regarding the briefing of the motions and jointly propose the following briefing schedule:

Hon. William H. Pauley III
January 11, 2013
Page 2

  Friday, February 22, 2013 – Government's motion due
  Friday, April 5, 2013 – ACLU's opposition and cross-motion due
  Monday, May 6, 2013 – Government's opposition and reply due
  Wednesday, June 5, 2013 – ACLU's reply due
  Friday, June 28, 2013 – Government's sur-reply due

  The parties believe they are able to proceed to their motions without a pre-motion conference or initial pretrial conference. In the event the Court believes such conferences would be necessary or helpful, the parties will appear as scheduled on January 18, 2013.

  We thank the Court for its consideration of these requests.

           Respectfully submitted,

           PREET BHARARA
           United States Attorney

By: *[signature]*
           CARINA H. SCHOENBERGER
           Assistant United States Attorney
           86 Chambers Street, 3rd Floor
           New York, NY 10007
           Tel.: (212) 637-2822
           Fax: (212) 637-2702
           Carina.Schoenberger@usdoj.gov

cc: (*via electronic mail*):

Catherine Crump, Esq.
American Civil Liberties Union Foundation
12 Broad Street, 18th Floor
New York, NY 10004
E-mail: ccrump@aclu.org

*[Handwritten:]* Application granted. The proposed schedule is adopted. This Court will hear oral argument on July 12, 2013 at 11:00 a.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.

2/4/13