**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/13

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 14, 2013

**BY HAND DELIVERY**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

RECEIVED
FEB 3 2013

    Re:    *ACLU v. DOJ*, No. 12 Civ. 7412 (WHP)

Dear Judge Pauley:

    This Office writes respectfully on behalf of the United States Department of Justice ("Government"), defendant in the above-referenced Freedom of Information Act matter, to request a one-week extension of time, from February 22, 2013, to March 1, 2013, in which to serve its motion for summary judgment. The Government seeks this extension in order to have sufficient time to finalize and execute declarations in support of its motion. The Government has not made any prior request for an extension, and Plaintiff the American Civil Liberties Union Foundation consents to this request. The requested extension will not affect any other scheduled dates.

    The Government thanks the Court for its consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
CARINA H. SCHOENBERGER
Tel.: (212) 637-2822
Fax: (212) 637-2702
Carina.Schoenberger@usdoj.gov

*Application granted.*
**SO ORDERED:**
_____
WILLIAM H. PAULEY III U.S.D.J.
2/19/13

cc (*via electronic mail*): Catherine Crump, Esq., Counsel for Plaintiff