

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/13

July 11, 2013

RECEIVED
JUL 11 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**BY HAND DELIVERY**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *ACLU v. DOJ*, No. 12 Civ. 7412 (WHP)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

Dear Judge Pauley:

The above-referenced Freedom of Information Act matter is currently scheduled for oral argument on July 26, 2013. Although both plaintiff the American Civil Liberties Union Foundation ("ACLU") and defendant the United States Department of Justice ("Government") are prepared to go forward on the current schedule, the ACLU writes to the Court with a special request. Brian Hauss, who is currently engaged in a two-year legal fellowship with the ACLU, prepared the ACLU's papers in this matter. With the Court's leave, the ACLU would like to allow Mr. Hauss to conduct oral argument. Mr. Hauss is a member in good standing of the California Bar (Bar No. 284759). He is scheduled to take the New York Bar Examination on July 30 and 31. Because Mr. Hauss currently resides in New York, he has not sought pro hac vice admission in this case. The Government does not oppose Mr. Hauss's participation in oral argument.

If the Court grants leave for Mr. Hauss to participate in oral argument, the ACLU respectfully requests that the Court also reschedule the oral argument date to accommodate Mr. Hauss's bar exam preparations. Counsel for the Government has generously decided not to oppose the ACLU's extension request, but has limited availability due to an upcoming trial. The ACLU therefore proposes that the Court hold oral argument on any of the following dates: Thursday, August 8; Wednesday, August 14; Thursday, August 15; or Friday, August 16. The Government has indicated that it is available for oral argument on these dates. If, however, the Court is unable to hold oral argument on the above-mentioned dates, the parties are prepared to proceed with oral argument on July 26.

This is the ACLU's second request for an adjournment or extension of time. The Court granted the ACLU's prior request for an extension of time in which to prepare its cross-motion for summary judgment and

opposition to the Government's motion for summary judgment. Docket No. 13.

The ACLU thanks the Court for its consideration of this request.

Respectfully submitted,

*Catherine Crump*

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
ccrump@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

cc (*via electronic mail*): Carina H. Schoenberger, Esq., Counsel for Defendant

Application granted. Oral argument is rescheduled to August 15, 2013 at 5:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.  7/18/13